# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

**FILED**

FEB 10 2023

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| In re: | Case No. 22-42492 |
|---|---|
| JASON TAYLOR MARTIN | Chapter 7 |
| Debtor. | |
| NATHAN PARK | Adversary Proceeding No. 23-04001-ELM |
| Plaintiff, | |
| v. | |
| JASON TAYLOR MARTIN | |
| Defendant. | |
| **ANSWER TO COMPLAINT** | |

COMES NOW Jason Taylor Martin ("Defendant"), and hereby submit their Answer to Plaintiff's Complaint Objecting to Discharge of Debt, and state as follows:

## ANSWER TO COMPLAINT

1. Defendant lacks information to admit or denies averments paragraph 1. Any remainder of the paragraph is denied.
2. Defendant admits averments paragraph 2.
3. Defendant admits averments paragraph 3.
4. Defendant admits all averments in paragraph 4.
5. Defendant denies all averments paragraph 5.
6. Defendant denies all averments paragraph 6.
7. Defendant denies all averments paragraph 7.
8. Defendant lacks information to admit or denies averments paragraph 8.
9. Defendant denies all averments paragraph 9.
10. Defendant denies all averments paragraph 10.
11. Defendant denies all averments paragraph 11.
12. Defendant denies all averments paragraph 12.
13. Defendant denies all averments paragraph 13.
14. Defendant denies all averments paragraph 14.

## AFFIRMATIVE DEFENSES

1. The Complaint fails to state a claim upon which relief may be granted. Defendant includes in this answer, a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6).
2. Defendant reserves the right to assert additional affirmative defenses at a later date should the discovery process establish their applicability.

WHEREFORE, PREMISES CONSIDERED, Defendant request that the court enter an order that Plaintiff be denied all relief requested in this adversary proceeding, and for such other and further relief to which Defendant shall be justly entitled.

Respectfully submitted,

/s/

Jason Martin, Defendant

Jason.martin0712@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on the following parties by first-class mail on ___ day of February 2023:

U.S. Trustee
United States Trustee
1100 Commerce Street
Dallas, TX 75242

Chapter 7 Trustee
Laurie Rea
777 Main St., #1550
Fort Worth, TX 76102

Plaintiff
Nathan Park
c/o Waddell Serafino Geary et al
Comerica Bank Tower
1717 Main Street, 25th Floor
Dallas, TX 75201-7341

/s/Jason Martin
JASON MARTIN