ntctrialdktc (rev. 03/21)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:
Jason Taylor Martin

    Debtor(s)

Nathan Park

    Plaintiff(s)

  vs.
Jason Taylor Martin

    Defendant(s)

Case No.: 22–42492–elm7
Chapter No.: 7

Adversary No.: 23–04001–elm

# AMENDED NOTICE SETTING TRIAL DOCKET CALL

A WebEx Hearing has been set in the U.S. Bankruptcy Court for **July 10, 2023** at **01:30 PM** before the Honorable Edward L. Morris at https://us–courts.webex.com/meet/morris to consider

Trial Docket Call re: Nature(s) of suit: 68 (Dischargeability – 523(a)(6), willful and malicious injury). 41 (Objection / revocation of discharge – 727(c),(d),(e)) (1)

For WebEx Telephonic Only Participation/Attendance:
DialIn: 1.650.479.3207
Meeting ID: 473 581 124


DATED: February 22, 2023    FOR THE COURT:
Robert P. Colwell, Clerk of Court

by: /s/Karyn Rueter, Deputy Clerk