# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: § | | |
| JASON TAYLOR MARTIN, § | | |
|  § | | |
| *Debtor.* § | | |
|  § | | |
| ─────────────────── § | CASE NO. 22-42492-elm7 | |
|  § | CHAPTER 7 | |
| NATHAN PARK, § | | |
| *Plaintiff,* § | | |
|  § | | |
| vs. § | Adversary No. 23-04001-elm | |
|  § | | |
| JASON TAYLOR MARTIN, § | | |
| *Defendant.* § | | |

### PLAINTIFF'S WITNESS AND EXHIBIT LISTS

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Plaintiff Nathan Park files his Witness and Exhibit Lists in this matter.

### Witnesses

1. Nathan Park
   c/o Scott Hayes
   Waddell Serafino Geary Rechner Jenevein, P.C.
   1717 Main Street, 25th Floor
   Dallas, TX 75201
   214-979-7400
   Plaintiff; Aware of defamatory statements made by Martin and damages

2. Marcus Powell
   321 Sweetleaf Drive
   Royse City, TX 75189
   903 513 7696
   Aware of defamatory statements made by Martin as to Park

3. Kalyn Powell
   321 Sweetleaf Drive
   Royse City, TX 75189
   903 513 7696
   Aware of defamatory statements made by Martin as to Park

4. Christina Martin
   c/o Jesse Melester
   250 Adriatic Parkway
   McKinney Texas 75070
   214 302 0817
   Aware of defamatory statements made by Martin about Park

5. Linda Dailey
   Child Protective Services
   469-236-0317
   Aware of defamatory statements made by Martin about Park

6. Jamie Johnson
   214 676 8300
   Aware of defamatory statements made by Martin about Park

7. Scott Hayes (attorneys' fees)

**Exhibits**

1. Affidavit of Marcus Powell

2. Attorney fess documents/statements (to be provided)

        Respectfully submitted,

        */s/ Richard G. Dafoe*
        Richard G. Dafoe
        State Bar No. 05309500
        rdafoe@wslawpc.com
        Scott E. Hayes
        State Bar No. 09280050
        shayes@wslawapc.com
        **WADDELL SERAFINO GEARY RECHNER JENEVEIN P.C.**
        Comerica Bank Tower
        1717 Main Street, 25th Floor
        Dallas, Texas 75201-7341
        214-979-7400 – Telephone
        214-979-7402 – Facsimile

        **ATTORNEYS FOR NATHAN PARK**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been sent to Jason Martin on this 26th day of June 2023.

**Via First Class Mail &**
**CMRRR: 9489 0090 0027 6403 2854 53**
Jason Martin
1016 Sycamore Street
Burleson, Texas 76028

        */s/ Scott Hayes*
        Scott Hayes

CAUSE NO. 90644

| | | |
|---|---|---|
| NATHAN PARK, | § | IN THE DISTRICT COURT |
| *Plaintiff*, | § | |
| v. | § | 196th JUDICIAL DISTRICT |
| JASON MARTIN, | § | |
| *Defendant.* | § | HUNT COUNTY, TEXAS |

AFFIDAVIT OF MARCUS POWELL

THE STATE OF TEXAS §
COUNTY OF __Hunt__ §

BEFORE ME, the undersigned authority, on this day personally appeared Marcus Powell, who being by me duly sworn, deposed and stated as follows:

1. "My name is Marcus Powell. I am over twenty-one (21) years of age, have never been convicted of a felony or crime involving moral turpitude, and am fully qualified to make this affidavit.

2. "I have personal knowledge of all the facts recited herein, and those facts are true and correct.

3. "I am the owner of Powell Roofing and Construction. On or around October 10, 2021, I received a telephone call from Jason Martin. I know Mr. Martin and am familiar with his voice. My wife, Kalyn Powell, listened in on the conversation.

4. "In this call from Mr. Martin, I put it on speaker phone, and Mr. Martin told me that he was in fear of his life because Nathan Park had supposedly placed a deadly hit out on Mr. Martin's life. Mr. Martin then proceeded to tell me that Nathan Park was a murderer. I asked Mr. Martin why he thought that and his response was, "that crazy mother fucker killed his father-in-law in order to obtain his life insurance policy and savings".

5. "Mr. Martin then stated that is how Nathan Park had obtained his properties, as well as his lavish life style. I confirmed with Mr. Martin that we were talking about Shannon Park's father, and Mr. Martin's response was, "Yes, the sorry son of a bitch murdered his own father-in-law and had several other individuals killed over the past few years." I am aware that Shannon Park is married to Nathan Park.



P's EXHIBIT 1

AFFIDAVIT OF MARCUS POWELL                                                                                         PAGE 1

6. "I was extremely shocked. Mr. Martin then proceeded to tell me that I needed to stay away from Nathan Park and eliminate any business deals with Mr. Park.

**FURTHER, AFFIANT SAITH NOT.**

SIGNED this 18 day of January 2022.

_____
MARCUS POWELL

BEFORE ME, Megan Dawson, Notary Public in and for the State of Texas, on this 18 day of January 2022, personally appeared MARCUS POWELL, known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he executed the same, that he had personal knowledge of the facts stated herein and that said facts were true and correct.

_____
Notary Public in and for the State of Texas



Megan R Dawson
My Commission Expires
09/24/2024
ID No 132695831