

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED
THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed July 11, 2023**

_____
**United States Bankruptcy Judge**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 22-42492-ELM |
| JASON TAYLOR MARTIN, | § | |
| | § | Chapter 7 |
| Debtor. | § | |
| | § | |
| NATHAN PARK, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Adversary No. 23-04001 |
| | § | |
| JASON TAYLOR MARTIN, | § | |
| | § | |
| Defendant. | § | |

### ORDER SETTING ADVERSARY PROCEEDING FOR TRIAL

On July 10, 2023, the Court conducted a trial docket call hearing in the above-captioned adversary proceeding. The Plaintiff appeared at the hearing by and through counsel. Neither the Defendant nor any counsel on behalf of the Defendant appeared at the hearing. Having considered all filings in this adversary proceedings and the representations of Plaintiff's counsel with respect to availability for trial, it is hereby:

**ORDERED** that the trial of this adversary proceeding shall take place on **August 29, 2023, at 9:30 a.m. (prevailing Central Time)**, before the Honorable Edward L. Morris, U.S. Bankruptcy Judge, at the Eldon B. Mahon U.S. Courthouse, 501 W. Tenth Street, Room 204, Fort Worth, Texas 76102.

# # #   END OF ORDER   # # #