BTXN 208 (rev. 07/09)

| IN RE: Park v. Martin | Trial | Case # 23–04001–elm |
|---|---|---|
| **DEBTOR** | **TYPE OF HEARING** | |

| Nathan Park | VS | Jason Taylor Martin |
|---|---|---|
| **PLAINTIFF / MOVANT** | | **DEFENDANT / RESPONDENT** |

| Scott Hayes | | Clayton Everett |
|---|---|---|
| **ATTORNEY** | | **ATTORNEY** |

## EXHIBITS

Exhibit 1 –– Affidavit of Marcus Powell [attached at Dkt 8]

| Shelley Warren | 9/21/2023 | Edward L. Morris |
|---|---|---|
| REPORTED BY | HEARING DATE | JUDGE PRESIDING |